IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KELLY SERVICES, INC.,** | CASE NO. 8:08CV37 |
| Plaintiff, | ORDER DENYING TEMPORARY RESTRAINING ORDER AND SCHEDULING HEARING ON THE MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| **KARLA KEEGAN-SMITH, and DEBORAH deNOURIE,** | |
| Defendants. | |

This matter is before the Court on the Motion for Temporary Restraining Order and Preliminary Injunction filed by Plaintiff Kelly Services, Inc., against the Plaintiff's former employees, Defendants Karla Keegan-Smith and Deborah deNourie. A summons has been issued, but Defendants have not yet made an appearance in this matter.

The motion for temporary injunctive relief is supported by a brief and index of evidence. (Filing Nos. 3 and 4). Having reviewed motion for temporary restraining order, brief, and index, the Court concludes that Plaintiff has not made a clear showing based on the evidence, as required by Fed. R. Civ. P. 65(b), that, absent the issuance of a TRO, immediate and irreparable injury, loss, or damage will result to the Plaintiff before the Defendants are afforded an opportunity to be heard on the matter. For that reason, the motion for a temporary restraining order will be denied.

The matter shall be set for a hearing on the Plaintiff's motion for preliminary injunction. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Motion for Temporary Restraining Order (Filing No. 2) is denied;

2. A hearing on the Plaintiff's Motion for Preliminary Injunction (Filing No. 2) is scheduled for Thursday, February 21, 2008, before the undersigned in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska 68102;

3. Defendants may file a brief in response to the motion for preliminary injunction, together with their evidence, on or before February 15, 2008;

4. Plaintiffs may file a reply brief on or before February 19, 2008;

5. The parties are advised that because of the Court's time limitations, evidence should be submitted in the form of written affidavits or declarations; and

6. Plaintiff's counsel is directed to serve a copy of this order upon the Defendants by United States mail.

DATED this 28th day of January, 2008.

> BY THE COURT:
>
> s/Laurie Smith Camp
> United States District Judge