**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **KELLY SERVICES, INC.,** | ) | **CASE NO. 8:08CV37** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **KARLA KEEGAN-SMITH, and** | ) | |
| **DEBORAH deNOURIE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Before the Court is the Plaintiff's Motion for Extension of Time to file briefs in response to the Plaintiff's Motion for Preliminary Injunction (Filing No. 12) and its request that the hearing currently scheduled for February 21, 2008 be rescheduled. (Filing No. 17.)

The Defendants' response brief is currently due on or before February 15, 2008, and the Plaintiff seeks an order extending that date until February 29, 2008. The Plaintiff's reply brief is currently due on February 19, 2008, and the Plaintiff seeks an order extending that date until March 4, 2008. The Plaintiff is also seeking to have the hearing currently scheduled for February 21, 2008 moved to the week of March 10, 2008. The Plaintiff represents that the Defendants have no objection to the extension of time. I find that the Plaintiff's motion should be granted, but that due to the Court's calendar, the hearing on the motion for preliminary injunction will be set for March 31, 2008.

IT IS ORDERED:

1. The Plaintiff's Motion for Extension of Time to Respond (Filing No. 17) is granted;

2. The Defendants' response to the motion for preliminary injunction shall be filed on or before February 29, 2008;

3. The Plaintiffs' reply to the motion for preliminary injunction shall be filed on or before March 4, 2008;

4. The hearing on the Plaintiff's Motion for Preliminary Injunction (Filing No. 2) is re-scheduled for Monday, March 31, 2008 at 10:00 a.m., before the undersigned in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska 68102;

5. The parties are advised that because of the Court's time limitations, evidence should be submitted in the form of written affidavits or declarations; and

6. Plaintiff's counsel is directed to serve a copy of this order upon the Defendants by United States mail.

DATED this 15th day of February, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge