IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KELLY SERVICES, INC.,** | ) | **CASE NO. 8:08CV37** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **DEBORAH DENOURIE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter comes before the Court on the Plaintiff's Notice of Dismissal with Prejudice (Filing No 22). The Court, being fully advised in the premises, finds that the Notice complies with the requirements of Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly,

IT IS ORDERED:

1. The Plaintiff's Notice of Dismissal With Prejudice (Filing No. 22) is approved;

2. The Plaintiff's Motion for Temporary Restraining Order (Filing No. 2) is denied as moot;

3. The Complaint (Filing No. 1) is hereby dismissed with prejudice; and

4. The parties will pay their own attorney fees and costs.

DATED this 26th day of March, 2008.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge